# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAWN CHERRY, Derivatively and on Behalf of SAREPTA THERAPEUTICS, INC., </br></br>Plaintiff, </br></br>v. </br></br>M. KATHLEEN BEHRENS, ANTHONY CHASE, WILLIAM GOOLSBEE, CHRISTOPHER GARABEDIAN, SANDESH MAHATME, EDWARD M. KAYE, GIL PRICE, JOHN HODGMAN and HANS WIGZELL, </br></br>Defendants, </br></br>and </br></br>SAREPTA THERAPEUTICS, INC., Nominal Defendant. | CIVIL ACTION NO. 16-cv-10531-ADB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Dawn Cherry hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint, or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Dated: July 23, 2018

Respectfully submitted,

HUTCHINGS BARSAMIAN MANDELCORN, LLP

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan (BBO # 557109)
110 Cedar Street, Suite 250
Wellesley Hills, Massachusetts 02481
Tel:  (781) 431-2231
Fax:  (781) 431-8726
thess-mahan@hutchingsbarsamian.com

*Liaison Counsel for Plaintiff*

THE BROWN LAW FIRM, P.C.
Timothy W. Brown, Esq.
240 Townsend Square
Oyster Bay, New York 11771
Tel:  516-922-5427
Fax: 516-344-6204
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 23, 2018.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan